## UNITED STATES DISTRICT COURT    EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JUSTIN MICHAEL HOPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:18-CV-400 |
| | § | |
| JOE WALKER | § | |
| | § | |
| Defendant. | § | |

### MEMORANDUM OPINION AND ORDER

Plaintiff, Justin Michael Hopson, an inmate currently confined at the James V. Allred Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendant Joe Walker.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the complaint be dismissed for failure to state a claim and as frivolous.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1]     Plaintiff received a copy of the Report and Recommendation on April 8, 2019 (docket entry no. 15).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Plano, Texas, this 13th day of May, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE